Sam WESTRY, Petitioner–Appellant,

v.

Eric WILSON, Warden, Respondent–Appellee.

No. 14–6237.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 27, 2014.

Decided: July 11, 2014.

Sam Westry, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sam Westry, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Westry v. Wilson,* No. 3:13–cv–00471–REP, 2014 WL 320282 (E.D.Va. Jan. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*